```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

CA'DARUS JOHNSON,

      Plaintiff,

v.                                  Case No. 8:21-cv-2010-VMC-SPF

WILDERLY MAURICETTE d/b/a
Mauricette Pictures,

      Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Sean P. Flynn's Report and Recommendation (Doc. # 32), filed on December 9, 2021, recommending that Plaintiff's Motion for Preliminary Injunction be granted. As of the date of this Order, no objections have been filed and the time for filing objections has lapsed. The Court accepts and adopts the Report and Recommendation and grants the Motion (Doc. # 7).

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982). In the absence of

specific objections, there is no requirement that a district judge review the factual findings *de novo*, <u>Garvey v. Vaughn</u>, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendation. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. <u>See</u> <u>Cooper-Houston v. S. Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 32) is **ACCEPTED** and **ADOPTED**. For the reasons elaborated in the Report and Recommendation, Plaintiff's Motion for Preliminary Injunction (Doc. # 7) is **GRANTED** under the terms set below:

   a. Defendant and his agents, servants, employees, affiliated entities, and all of those in active

      concert with them shall immediately cease the reproduction, distribution, and/or public performance of the Script and/or any works derived therefrom (including without limitation the Film called Monopoly Money The Movie), and desist from all such infringing conduct; and

b. Defendant shall place any and all revenue derived from the reproduction, distribution, and/or public performance of the Script and distribution of the Film called Monopoly Money The Movie into an escrow account.

(2) For the reasons elaborated in the Report and Recommendation, no bond shall be required as a condition of the preliminary injunction.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>3rd</u> day of January, 2022.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE